IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEMARCUS NIXON,**

    **Plaintiff,**

**v.**

**JAMES ALLEN, et al,**

    **Defendants.**                             Case No. 09-cv-686-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 19, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                     **NANCY J. ROSENSTENGEL,**
                                     **CLERK OF COURT**

                              **BY:**        **/s/*Sandy Pannier***
                                             **Deputy Clerk**

Dated: October 22, 2010

David R. Herndon
2010.10.22 15:38:05
-05'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT